# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## VOLUNTARY PETITION  CHAPTER 13

| IN RE: NAME OF DEBTOR (Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| **Bardlette, Delilah, L.** | **Bardlette, Kenneth, L.** |

| ALL OTHER NAMES, INCLUDING TRADE NAMES, USED BY THE DEBTOR IN THE LAST 6 YEARS | ALL OTHER NAMES, INCLUDING TRADE NAMES, USED BY THE JOINT DEBTOR IN LAST 6 YEARS |
|---|---|
| **Delilah Jones-Bardlette** | |

| Soc. Sec/Tax I.D.No.(If more than one, state all): | Soc. Sec./Tax I.D.No. (If more than one, state all): |
|---|---|
| **XXX-XX-5245** | **XXX-XX-1823** |

| ADDRESS OF DEBTOR (Street, City, State, and Zip Code) | ADDRESS OF JOINT DEBTOR(Street, City, State and Zip Code) |
|---|---|
| **17406 South Emerson Avenue** **Hazel Crest IL 60429** | **17406 South Emerson Avenue** **Hazel Crest IL 60429** |

| COUNTY OF RESIDENCE   **COOK** | COUNTY OF RESIDENCE **COOK** |
|---|---|
| MAILING ADDRESS OF DEBTOR (If different from Street Address) | MAILING ADDRESS OF DEBTOR (If different from Street Address) |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different address listed above) | VENUE (Check one) |
|---|---|
| | [X] Debtor has been domiciled or has had a residence, principal place of business, of principal assets in this District for 180 Days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| | [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

TYPE OF DEBTOR

| | |
|---|---|
| [ ] Individual | [ ] Corporation Publicly Held |
| [X] Joint (Husband & Wife) | [ ] Corporation Not Publicly Held |
| [ ] Partnership | [ ] Municipality |
| [ ] Other _____ | |

NATURE OF DEBT

[X] Non-Business/Consumer   [ ] Business - Complete A & B

A. TYPE OF BUSINESS (Check One Box)

| | | |
|---|---|---|
| [ ] Farming | [ ] Transportation | [ ] Commodity Broker |
| [ ] Professional | [ ] Manufacturer/Mining | [ ] Construction |
| [ ] Retail/Wholesale | | [ ] Real Estate |
| [ ] Railroad | [ ] Stock Broker | [ ] Other Business |

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

CHAPTER OF THE BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)

| | |
|---|---|
| [ ] Chapter 7 | [ ] Chapter 11 Railroad |
| [ ] Ch. 7 Broker | [ ] Chapter 12 |
| [ ] Ch. 9 | [X] Chapter 13 |
| [ ] Ch. 11 | [ ] Sec. 304 |

FILING FEE (Check on box)

[X] Filing fee attached

[ ] Filing fee to be paid in installments

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY

**URBAN & BURT, LTD.**
**5320 W. 159th Street**
**Oak Forest, IL 60452**
   **708-687-5200**

Name of Attorney Designated to Represent Debtor

**URBAN & BURT, LTD.  (URBA)  6182264**

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)

[ ] No assets will be available for distribution to creditors

[X] Assets will be available for distribution to creditors

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-29 | 50-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (IN THOUSANDS OF DOLLARS)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

ESTIMATED LIABILITIES (IN THOUSANDS OF DOLLARS)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

ESTIMATED NUMBER OF EMPLOYEES-CHAPTER 11 AND 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED NO. OF EQUITY SECURITY HOLDERS-CH.11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-0ver |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY

Name of Debtor   **Delilah L. Bardlette**
**Kenneth L. Bardlette**

Case Number

### FILING OF PLAN

For Chapter 9, 11, 12, and 13 cases only, Check appropriate box

[  ] A copy of debtor's proposed plan is attached.    [  ] Debtor intends to file a plan within the time allowed by statute, rule or order of court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NORTHERN DIST., IN | 01 B 32211 HARRY DEES, JR. | 05/01/2001 |

### PENDING CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition.

### SIGNATURES

### ATTORNEY

/s/ Edmund G. Urban III          Date: Oct 12, 2005

Debtors Attorney

---

**INDIVIDUAL JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition and attached schedules is true and correct.

*Delilah Bardlette*
Delilah L. Bardlette

*Kenneth Bardlette*
Kenneth L. Bardlette
Oct 12, 2005

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition and attached schedules is true and correct.

Signature of Authorized Individual

Title of Individual Authorized to File this Petition
Oct 12, 2005

---

EXHIBIT "A" is attached and made part of this petition (Corporate debtor under Chapter 11)

TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS

I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 13 of such title. If I am represented by an attorney Exhibit "B" has been completed below.

*Delilah Bardlette*
Delilah L. Bardlette                          Oct 12, 2005

*Kenneth Bardlette*
Kenneth L. Bardlette                          Oct 12, 2005

---

EXHIBIT "B" (to be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I am the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she or they) may proceed under Chapter 7, 11, 12, 13 of title 11 United States Code, and have explained the relief available under each chapter which is applicable to this debtor.

/s/ Edmund G. Urban III                    Oct 12, 2005

Debtors Attorney

**UNITED STATES BANKRUPTCY COURT** Page 3 of 23

IN RE:
Delilah L. Bardlette                                    )
Kenneth L. Bardlette                                   )

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED | #SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 (COMB. B) | $ 144000.00 | | |
| B - PERSONAL PROPERTY | YES | 1 (COMB. A) | $ 27350.00 | | |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 1 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 1 | | $ 187682.26 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 1 | | $ .00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | | | $ 19545.61 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $ 4027.38 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $ 3200.98 |
| TOTAL NUMBER OF SHEETS | | | | | |
| TOTAL ASSETS | | | $ 171350.00 | | |
| TOTAL LIABILITIES | | | | $ 207227.87 | |

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

Chapter 7: Liquidation

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not dischargedunder the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income.

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but not more than five years.
Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain other debts including criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11: Reorganization

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

Oct 12, 2005

## STATEMENT OF ALL PROPERTY OF DEBTOR
## SCHEDULE A - REAL PROPERTY

Delilah L. Bardlette
Kenneth L. Bardlette

DESCRIPTION AND LOCATION OF PROPERTY / NATURE OF DEBTOR'S INTEREST / CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION                    / AMOUNT OF SECURED CLAIM

| | | |
|---|---|---|
| 17406 S EMERSON, HAZEL CR | 144000.00 | 144287.94 |

### TOTAL VALUE SCHEDULE A   $   144000.00

===================================================================

### SCHEDULE B - PERSONAL PROPERTY
*(Unless specified all property is jointly owned, if a joint petition was filed.)*

TYPE OF PROPERTY / DESCRIPTION OF PROPERTY / MARKET VALUE OF DEBTOR'S INTEREST WITHOUT DEDUCTION FOR SECURED CLAIMS

1. Cash on hand

2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives.
   CHARTER ONE CHECKING ACCOUNT                                              50.00

3. Security Deposits with public utilities, telephone companies, landlords and others

4. Household goods, supplies and furnishings including audio, video and computer equipment
   MISC. HOUSEHOLD FURNISHINGS                                              500.00

5. Books, pictures, and other art objects; stamp, coin, record, tape, compact disc and other collections or collectibles.

6. Wearing apparel.
   CLOTHING                                                                 300.00

7. Furs and jewelry.

8. Firearms and sports, photographic, and other hobby equipment.

9. Interests in insurance policies.

10. Annuities. Itemize and name each insurer

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.

12. Stock and interests in incorporated and unincorporated businesses, Itemize.

13. Interests in partnerships or joint ventures. Itemize

14. Government and corporate bonds and other negotiable and non-negotiable instruments.

15. Accounts Receivable.

16. Alimony, maintenance, support, and property settlements to which debtor may be entitled. Give particulars.

17. Other liquidated debts owing debtor including tax refunds. Give particulars.

18. Equitable or future interest, life estates, and rights or powers excercisable for the benefit of the debtor other than those listed in Schedule of Real Property.

19. Contingent and non-contingent interests in estate of a decedent death benefit plan, life insurance policy or trust.

20. Other contingent and unliquidated claims of every nature, including tax refunds, countercalims of the debtor and rights to setoff claims. Give estimate value.

21. Patents, copyrights and other intellectual property. Give particulars.

22. Licenses, franchises, and other general intangibles. Give particulars.

23. Automobiles, trucks, trailers and other vehicles
      2004 CHEVROLET MALIBU                                              13500.00
      2002 ISUZU AXIOM                                                   13000.00

24. Boats, motors and accessories.

25. Aircraft and accessories.

26. Office equipment, furnishings and supplies.

27. Machinery, fixtures, equipment and supplies used in business.

28. Inventory.

29. Animals.

30. Crops - growing or harvested. Give particulars.

31. Farming Equipment and implements.

32. Farm supplies, chemicals, and feed.

33. Other personal property of any kind not already listed. Itemize.

Delilah L. Bardlette & Kenneth   **TOTAL VALUE SCHEDULE B $**          27350.00

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Pursuant to 11 U.S.C. Sec 522 (b) (1):

Debtor claims the following property as exempt pursuant to Ch. 735 Illinois Compiled Statutes; Debtor claims all other exemptions to which he may be entitled.

| DESCRIPTION OF PROPERTY | STATUTORY SECTIONS / VALUES CLAIMED EXEMPT / | | | | CURRENT MARKET VALUE |
|---|---|---|---|---|---|
| **REAL PROPERTY** | | | | | |
| 17406 S EMERSON, HAZEL CR | 12-901 | 7500 | 12-901 | 7500 | 144000.0 |
| **VEHICLES** | | | | | |
| 2004 CHEVROLET MALIBU | 12-1001(c) | 1200 | | | 13500.0 |
| 2002 ISUZU AXIOM | | | 12-1001(c) | 1200 | 13000.00 |
| **PERSONAL PROPERTY** | | | | | |
| CHARTER ONE CHECKING ACCOUN | 12-1001(b) | 50 | | | 50.0 |
| MISC. HOUSEHOLD FURNISHINGS | 12-1001(b) | 500 | | | 500.0 |
| CLOTHING | 12-1001(a) | 300 | | | 300.00 |

Delilah L. Bardlette & Kenneth L. Bardlette

# SCHEDULE C - (ADDITIONAL)

Each Debtor exempts from the property of the estate, pursuant to the State Exemptions set forth below the following property although each debtor may not have the property noted and each debtor may not have equity in property, sufficient to exhaust the following allowable State Exemptions. These exemptions are in addition to those already specifically claimed on the previous page, and are cummulative to the full extent allowable under Illinois or the Bankruptcy Code.

| | | |
|---|---|---|
| a. Residence or homestead of individual, includes farm lot & buildings, condominiums, personal property or cooperative.  Can be owned or leased. | $7,500 (includes proceeds of sale for 1 yr:12-906) | *735 ILCS 5/12-901 |
| b. Necessary wearing apparel, Bible, school books family pictures and prescribed health aids of debtor & dependents | 100% | 735 ILCS 5/12-1001 (a), (e) |
| c. Any personal property of debtor | $2,000 | 735 ILCS 5/12-1001 (b) |
| d. One motor vehicle | $1,200 | 735 ILCS 5/12-1001 (c) |
| e. Implements, books, and tools of trade | $ 750 | 735 ILCS 5/12-1001 (d) |
| f. Proceeds and cash value of life insurance policies & annuity contracts payable to dependents of insured | 100% | 735 ILCS 5/12-1001 (f) |
| g. Social Security benefits, unemployment compensation benefits, public assistance benefits, Veteran's benefits and disability and illness benefits. | 100% | 735 ILCS 5/12-1001 (g) (1), (2), (3) |
| h. Alimony, support or separate maintenance | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001 (g) (4) |
| i. Pension and retirement benefits | 100% | 735 ILCS 5/12-1006 (a)-(d) |
| j. Crime victim's reparation law awards | 100% | 735 ILCS 5/12-1001 (h) (1) |
| k. Wrongful death payments resulting from death of person of whom debtor was a dependent. | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001 (h) (2) |
| l. Life insurance payments from policy insuring person of whom debtor was a dependent | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001 (h) (3) |
| m. payments on account of bodily injury of debtor or person of whom debtor was a dependent | $7,500 | 735 ILCS 5/12-1001 (h) (4) |

NOTE: Proceeds from sale of exempt personal property are also exempt.  Non-exempt property converted into exempt property in fraud of creditors is not exempt.  Property acquired within 6 months of the filing of bankruptcy is presumed to have been acquired in contemplation of bankruptcy.  The exemptions in 735 ILCS 5/12-1001 (h) extend for 2 years after the debtor's right to receive the payments accrues and, as to property traceable therefrom, for 5 years after accrual.  See SHA 735 ILCS 5/12-1001.

| | | |
|---|---|---|
| n. Specific partnership property | 100% of partner's interest | 806 ILCS 205/25 |
| o. Gross earnings or disposable earnings (disposable earnings are gross earnings less deductions required by law) | 85% of gross earnings or disposable earnings equal 40 times the federal minimum hourly wage per week, WHICHEVER IS GREATER | 735 ILCS 5/12-803 |
| p. Proceeds & cash value of life or endowment insurance policy or annuity to insured spouse or dependent. | 100% | 215 ILCS 5/238 |
| q. Fraternal Benefit Society benefits | 100% | 215 ILCS 5/313.1 |
| r. Workmen's Compensation benefits | 100% | 820 ILCS 305/21 |
| s. Unemployment compensation benefits | 100% (support claims excepted) | 820 ILCS 405/1300 |
| t. Public Welfare benefits | 100% | 305 ILCS 5/11-3 |
| u. Property held in trust for debtor | 100% | 735 ILCS 5/12-1403 |
| v. Wage garnishment | 100% | 735 ILCS 5/12-803 735 ILCS 5/12-1001 (b) 735 ILCS 5/12-8 |
| w. Income earned or funds in possession of Chapter 13 trustee, in event of conversion from Chapter 13 or dismissal of existing Chapter 13. | 100% | 735 ILCS 5/12-803 735 ILCS 5/12-1001 (b) |

Delilah L. Bardlette & Kenneth L. Bardlette

## COMBINED CHAPTER 13  SCHEDULE D, E, & F          PAGE    1
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 0009403049<br>E.M.C. Mortgage Corporation<br>P.O. Box 141358<br>Irving, TX  75014<br><br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $  144000.00 | 24685.95 | | 258.71 | | |
| NATURE OF CLAIM SECURED 100% VALUE OUTSIDE PLAN SECOND MORTGAGE ON HOME |
| ACCOUNT # 415901-40-148211<br>H.S.B.C./Household Finance<br>4801 Southwick Drive<br>Southwick Corporate Park, #101<br>Matteson, IL  60443<br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $   144000.00 | 10462.70 | | 150.00 | | |
| NATURE OF CLAIM SECURED 100% VALUE OUTSIDE PLAN THIRD MORTGAGE ON HOME |
| ACCOUNT # 05 CH 16471<br>U.S. Bank National Association<br>C/O Dutton & Dutton<br>10325 West Lincoln Highway<br>Frankfort, IL  60423<br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $   144000.00 | 102053.57 | | 634.00 | | |
| NATURE OF CLAIM SECURED 100% VALUE OUTSIDE PLAN FIRST MORTGAGE |
| ACCOUNT # 01511827BA<br>Aronson Furniture<br><br>3401 W. 47th Street<br>Chicago, IL  60632<br>BRIEF DESCRIPTION OF SECURITY<br>FURNITURE BOUGHT AT ARONSON<br>VALUE $    300.00 | 2194.32 | 1894.32 | 91.43 | | |
| NATURE OF CLAIM SECURED 100% VALUE |
| ACCOUNT # 326-03-066  BAR<br>Citizens Finance Company<br>188 Industrial Drive, #128<br>Elmhurst, IL  60126<br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $   144000.00 | 3811.30 | | 126.97 | | |
| NATURE OF CLAIM SECURED 100% VALUE FENCING INSTALLED BY GALAXIE LUMBER |
| ACCOUNT # 28-25-319-010-0000<br>Cook County Treasurer<br>118 N Clark St<br>Chicago, IL  60602<br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $   144000.00 | 3274.42 | | | | |
| NATURE OF CLAIM SECURED 100% VALUE 2ND INSTALLMENT OF 2004 PROPERTY TAXES |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F          PAGE    2
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 70-011318-3<br>Delaware Place Bank<br>190 East Delaware Place<br>Chicago, IL  60611<br><br>BRIEF DESCRIPTION OF SECURITY<br>2002 ISUZU<br>VALUE $      13000.00 | 12100.00 | | 312.00 | | |
| NATURE OF CLAIM SECURED 100% VALUE CAR LOAN | | | | | |
| ACCOUNT # 0009403049<br>E.M.C. Corporation<br>P.O. Box 141358<br>Irving, TX  75014<br><br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $      2500.00 | 2500.00 | | | | |
| NATURE OF CLAIM SECURED 100% VALUE ARREARAGE ON SECOND MORTGAGE ON HOME | | | | | |
| ACCOUNT # 500001668035<br>H.S.B.C. Auto Finance<br>P.O. Box 17904<br>San Diego, CA  92177<br><br>BRIEF DESCRIPTION OF SECURITY<br>2004 CHEVROLET MALIBU<br>VALUE $      13500.00 | 23100.00 | 9600.00 | 508.00 | | |
| NATURE OF CLAIM SECURED 100% VALUE CAR LOAN | | | | | |
| ACCOUNT # 05 CH 16471<br>U.S. Bank National Association<br>C/O Dutton & Dutton, P.C.<br>10325 West Lincoln Highway<br>Frankfort, IL  60423<br><br>BRIEF DESCRIPTION OF SECURITY<br>17406 EMERSON, HAZEL CREST, IL<br>VALUE $      144000.00 | 3500.00 | | | | |
| NATURE OF CLAIM SECURED 100% VALUE ARREARAGE ON FIRST MORTGAGE | | | | | |

**TOTAL SECURED - SCHEDULE D**    $ 187682.26

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT #<br>American Family Insurance<br>C/O Credit Collection Services<br>Two Wells Avenue<br>Newton, MA  02459 | 127.78 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # K80455<br>Atlantic Management<br>C/O Kathleen Barauski<br>155 Revere Drive, Suite 13<br>Northbrook, IL  60062 | 4361.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F                PAGE   3
### CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 77012447379<br>Black Expressions<br>C/O Eastern Collection Corp.<br>1626 Locust Avenue<br>Bohemia, NY  11716 | 69.07 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 4322534<br>C.C.A./Creditpac<br>700 Longwater Drive<br>Norwell, MA  02061 | 69.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 5178052490020753<br>Capital One<br>Bankruptcy Department<br>P.O. Box 85167<br>Richmond, VA  23285 | 401.77 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 4862362370925961<br>Capital One<br>Bankruptcy Department<br>P.O. Box 85167<br>Richmond, VA  23285 | 462.49 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 0506-IF-9364<br>Clerk - Porter Superior Court<br>3560 Willowcreek Road<br>Portage, IN  46368 | 246.50 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 402749-00<br>Clinical Associates<br>150 North River Road, #300<br>Des Plaines, IL  60016 | 232.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F        PAGE    4
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 91173181164<br>Columbia House<br>Collections Department<br>1400 North Fruitridge Avenue<br>Terre Haute, IN  47811 | 111.40 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 010400000879840138<br>Comcast<br>C/O Credit Protection Assn.<br>13355 Noel Road<br>Dallas, TX  75240 | 356.05 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 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-1<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX  75403 | 2949.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 543362860008333234<br>Firt Premier Bank<br>900 West Delaware<br>P.O. Box 5519<br>Sioux Falls, SD  57117 | 678.01 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 5408010025301215<br>H.S.B.C. Card Service<br>P.O. Box 17051<br>Baltimore, MD  21297 | 386.18 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT #<br>Hollywood Video<br>C/O Credit Collection Services<br>Two Wells Avenue<br>Newton, MA  02459 | 149.61 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F          PAGE    5
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 3D5236<br>Illinois Dept. Of Public Aid<br>509 South Sixth Street<br>Springfield, IL  62701 | 1135.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 11240370004952627<br>M.C.I. Communications<br>C/O Park Dansan<br>P.O. Box 248<br>Gastonia, NC  28053 | 166.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 3304793<br>N.C.O. Financial<br>P.O. Box 13570<br>Philadelphia, PA  19101 | 64.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT #<br>Nextel Communications<br>C/O Risk Management Alternativ<br>1500 Commerce Drive<br>Mendota Hghts, MN  55120 | .00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT #<br>Nextel Communications, Inc.<br>Attn:  Bankruptcy<br>P.O. Box 172408<br>Denver, CO  80217 | 323.47 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 4-16-52-2153-4<br>Nicor<br>Bankruptcy Department<br>P.O. Box 190<br>Aurora, IL  60507 | 408.18 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F                     PAGE     6
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 1242093<br>Omni Credit Services<br>333 Bishops Way<br>Brookfield, WI  53005 | 74.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 144564941<br>Premier Bankcard<br>C/O Wolpoff & Abramson<br>Two Irvington Centre<br>Rockville, MD  20850 | 452.13 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 16106328<br>Public Storage<br>C/O Allied Interstate<br>300 Corporate Exchange<br>Columbus, OH  43231 | 237.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 94681<br>R.M.I./M.C.S.I.<br>18241 West Street<br>Lansing, IL  60438 | 250.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 7085031585892<br>S.B.C.<br>C/O Omnium Worldwide, Inc.<br>6373 East Tanque Verde, #200<br>Tucson, AZ  85751 | 208.71 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 708-335-1690-6636<br>S.B.C./Ameritech<br>Bankruptcy Desk<br>P.O. Box 769<br>Arlington, TX  76004 | 141.42 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

**COMBINED CHAPTER 13  SCHEDULE D, E, & F**          PAGE   7
**CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS**

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 86560<br>S.B.C./Ameritech<br>C/O Midland Credit<br>8875 Aero Drive<br>San Diego, CA  92123 | 149.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 40627102-3<br>South Suburban Hospital<br>Attention:  Patient Accounts<br>17800 South Kedzie<br>Hazel Crest, IL  60429 | 1351.16 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT #<br>Superior Music Service<br>C/O Allen, Lewis & Associates<br>4040 Woodcock Drive, Suite 132<br>Jacksonville, FL  32207 | 763.13 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 10773103<br>T-Mobile<br>C/O Superior Credit<br>P.O. Box 1928<br>Ft Walton Bch, FL  32549 | 236.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 8876-334467<br>T.C.F. National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL  60521 | 118.30 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 663162<br>T.C.F. National Bank<br>C/O A.C.C. International<br>11175 Devin Drive, Suite 128<br>Norton Shores, MI  49441-0001 | 406.84 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

## COMBINED CHAPTER 13  SCHEDULE D, E, & F          PAGE    8
## CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| ACCOUNT # 2314738945<br>The Billing Center/Time, Inc.<br>P.O. Box 60001<br>Tampa, FL  33660 | 24.95 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 1040440055<br>Trust Receivables<br>541 Otis Bowen Drive<br>Munster, IN  46321 | 73.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 3326252451<br>U.S. Department Of Education<br>501 Bleeker Street<br>Utica, NY  13502 | 1085.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # 601878946<br>Verizon Wireless<br>1515 Woodfield Road, #1400<br>Schaumburg, IL  60173 | 1228.46 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |
| ACCOUNT # P7865751<br>Village Of Hazel Crest<br>3000 West 170th Place<br>Hazel Crest, IL  60429 | 50.00 | | | | |
| NATURE OF CLAIM UNSECURED 10% | | | | | |

================================================================
**TOTAL UNSECURED - SCHEDULE F   $   19545.61**
================================================================

**COMBINED CHAPTER 13  SCHEDULE D, E, & F**          **PAGE    9**
**CREDITORS HOLDING SECURED, UNSECURED PRIORITY & UNSECURED CLAIMS**

| NAME, ADDRESS, ZIPCODE, & ACCOUNT NO. IF ANY | AMOUNT CLAIMED DUE | UNSECURED PORTION | MONTHLY CONTACT PMTS. | # INST ARREARS | MO. PMT. PER PLAN |
|---|---|---|---|---|---|
| TOTALS: | 207227.87 | | SET PMTS UNDER PLAN | | .00 |

```
BY CATEGORY:          #                    AMOUNT
SECURED OUTSIDE       3                   137202.22
SECURED INSIDE        7                    38985.72

UNSECURED            37      19545.61
ADDITIONAL UNSECURED         11494.32
     AT PERCENTAGE:          10 %           3103.99
PRIORITY              0                        .00
SPEC CLASS            0            .00
     AT PERCENTAGE:                           .00
TOTAL PLAN           47                    42089.71
TOTAL PLAN W/TRUSTEE & ATTY FEE:          46298.68
```

10/12/05

# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS

IN RE:
Delilah L. Bardlette                                           )
Kenneth L. Bardlette                                          )

## SCHDEULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser.", "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing adderesses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

[   ] Check this box if debtor has no executory contracts or unexpired leases.

**NAME & MAILING ADDRESS OF PARTIES TO CONTRACT**     /     **DESCRIPTIONS OF CONTRACT & DEBTORS INTERE**

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS**

IN RE:
Delilah L. Bardlette                           )
Kenneth L. Bardlette                           )

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[ X ] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

IN RE: **Delilah L. Bardlette**
      **Kenneth L. Bardlette**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint
petition is filed, unless the spouses are seperated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR & SPOUSE | | |
|---|---|---|---|
| MARRIED | NAMES | AGE | RELATIONSHIP |
| TELEPHONE 708/335-1690 | Dekente | 11 | |
| | Deantae | 7 | |

| EMPLOYMENT:   DEBTOR | SPOUSE |
|---|---|
| OCCUPATION   SUPERVISOR OF RESERVATIONS | UNEMPLOYED |
| EMPLOYER NAME  United Airlines | |
| TIME EMPLOYED  8 YEARS | |
| ADDRESS | |
| | |
| TELEPHONE   847/427-4192 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| | PAY FREQUENCY **BI-WEEKLY** | PAY FREQUENCY |
| GROSS WAGES | $   1663.94 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. PAYROLL TAXES & SOCIAL SECURITY | $    259.50 | $ |
| b. Insurance | $     98.49 | $ |
| c. Union Dues | $ | $ |
| d. Other | $ | $ |
| TOTAL NET TAKE HOME PAY PER PERIOD | $ 1305.95 | $ |
| TOTAL NET TAKE HOME PAY MONTHLY | $ 2827.38 | $ |
| REGULAR INCOME FROM OPERATION OF BUSINESS | $ | $ |
| INCOME FORM REAL PROPERTY | $ | $ |
| INTEREST AND DIVIDENDS | $ | $ |
| ALIMONY, MAINTENANCE OR SUPPORT RECVD FOR THE DEBTORS USE OR OF DEPENDANTS LISTED ABOVE | $ | $ |
| SOCIAL SECURITY OR OTHER ASSISTANCE | $ | $ |
| PENSION OR RETIREMENT INCOME | $ | $ |
| OTHER MONTHLY INCOME | $ | $ 1200.00 |
| MONTHLY GROSS UNEMPLOYMENT BENEFITS | | |
| TOTAL MONTHLY INCOME | $ 2827.38 | $ 1200.00 |

TOTAL COMBINED MONTHLY INCOME  **$ 4027.38**

Describe any increase or decrease of more than 10% in any of the above catagories anticipated to occur within the following year:

IN RE: **Delilah L. Bardlette**
       **Kenneth L. Bardlette**

## SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . | $ 1012.00 |
| Are real estate taxed included?    NO | |
| Is property insurance included?    NO | |
| | |
| Utilities  Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . | $ 200.00 |
|          Water and sewer . . . . . . . . . . . . . . . . . . . . . . . | $ 25.00 |
|          Telephone . . . . . . . . . . . . . . . . . . . . . . . . | $ 85.00 |
|          Other . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Home Maintenance (Repairs and upkeep) . . . . . . . . . . . . . . . . . . | $ 60.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 300.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 100.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . | $ 40.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . | $ 100.00 |
| Educational & School expense . . . . . . . . . . . . . . . . . . . . | $ |
| Transportation (not including car payments) . . . . . . . . . . . . . | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . | $ |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|          Homeowner's or renter's . . . . . . . . . . . . . . . . . . | $ |
|          Life . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
|          Health . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
|          Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 120.00 |
|          Other . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 82.00 |
| Taxes (not deducted from wages or included in home mortgage payments) . . . | $ 308.00 |
| (Specify) | |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|          Auto | $ |
|          Other | $ |
|          Other _____ | $ |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . | $ 368.98 |
| Payments for support of additional dependents not living at your home . . . | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . | $ |
| Other | $ |
| | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . | **$ 3200.98** |

(FOR CHAPTER 12 & 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other interval.

| | | |
|---|---|---:|
| A. | Total projected monthly income . . . . . . . . . . . . . . . . | $ 4027.38 |
| B. | Total projected monthly expenses . . . . . . . . . . . . . . . | $ 3200.98 |
| C. | Excess income ( A minus B ) . . . . . . . . . . . . . . . . . | $ 826.40 |
| D. | Total amount to be paid into plan each month . . . . . . . . . . . | **$ 825.00** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

```
Delilah L. Bardlette          ) NO.
Kenneth L. Bardlette          )
              Debtor(s),      )
```

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. Sec. 329(a) and Bankruptcy Rule 2016(b), I certify that I am the above-named debtor(s) attorney and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. $  2200.00

Prior to the filing of this statement I have received...................................................... $  2394.00
                                                              (INCLUDING COSTS)

Balance Due......................................................................................................... $      .00

2. The source of compensation paid to me was:

   [ X ] Debtor        [  ] Other (specify)

3. The source of compensation to be paid to me is:

   [ X ] Debtor        [  ] Other (specify)

4. [ X ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [  ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.
        A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**EDMUND G. UBRAN III**
**URBAN & BURT, LTD.**
**Attorney for Debtors**
**5320 W. 159th Street**
**Oak Forest, IL 60452**
**708/687-5200**

/s/ Edmund G. Urban III
_____

Oct 12, 2005

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS


IN RE: Delilah L. Bardlette & Kenneth L. Bardlette     Case Number_____


### VERIFICATION OF CREDITOR MATRIX


Number of Creditors        47


The above-named Debtor(s) hereby verifies that the list of creditors
is true and correct to the best of my (our) knowledge.


Dated: Oct 12, 2005
                                        _____
                                        Debtor

                                        _____
                                        Joint Debtor


                                        /s/ Edmund G. Urban III
                                        _____
                                        Attorney for Debtor